IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-387-1** |
| v. | : | |
| **LUIS OSORIO-VIERA** | : | |

### ORDER

AND NOW, this 11th day of March 2025, on the government's motion pursuant to Fed. R. Crim. Pro. 48 to dismiss the indictment as to defendant Luis Osorio-Viera in Criminal No. 24-387, returned at ECF 1, the Court finds good cause to grant the motion based upon the defendant being charged in a Superseding Indictment in the same case, docketed at ECF 18, on February 20, 2025, in Criminal No. 24-387; accordingly, the government's motion is GRANTED, as follows:

Counts One through Three of the original indictment in Criminal No. 24-387, filed on October 24, 2024, charging the defendant with robbery which interferes with interstate commerce, and aiding and abetting, in violation of 18 U.S.C. §§ 1951(a) and 2 (Counts One and Two), and using, carrying, and brandishing a firearm during and in relation to a crime of violence, and aiding and abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 (Count Three), are DISMISSED as to this defendant.

This Order has no impact on the counts contained in the Superseding Indictment under this same docket number (Criminal No. 24-387), filed on February 20, 2025, ECF 18, charging Luis Osorio-Viera and Jhan Carlos Morales in Counts One through Six.

BY THE COURT:

_/s/ Gerald J. Pappert_
HONORABLE GERALD J. PAPPERT
Judge, United States District Court